■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL W. PELCZYNSKI, Appellant. [796 NYS2d 262]—Motion for reargument granted and, upon reargument, the order entered March 18, 2005 [16 AD3d 1181] is amended by deleting the second sentence of the first paragraph and substituting the following sentence: "The judgment imposed a sentence of impris-

onment following the finding that defendant had failed to pay restitution as previously ordered." Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.